IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: Sophia Al-Roubaie | ) | Case No. 20-60465 |
| | ) | |
| | ) | |
| Debtors | ) | |

**RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtor, for her Response to Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay, states that Debtor has made all required mortgage payments and has provided confirmation of the payments.

WHEREFORE, Debtor prays the Court to deny the Motion for Relief from the Automatic Stay and for such other relief as the Court deems just and proper.

Dated: 03/30/2021

Respectfully submitted,
Licata Bankruptcy Firm, P.C.
/s/Marc D. Licata
Marc D. Licata MO #54957
J. Paige Wright MO #65084
Jesse L. Langford MO #64975
1442 E Bradford Parkway
Springfield, MO 65804
(417) 887-3328 / Fax (417) 887-8091
ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, the foregoing was delivered via e-mail to the parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties that are not registered to receive electronic filings on ECF.

Richard V. Fink, Chapter 13 Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1910


Logs Legal Group LLP
13801 Riverport Drive, Suite 502
Maryland Heights MO  63043

/s/Marc D. Licata